UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER A. ORZECH,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MUHLENBERG TOWNSHIP,<br>　　　　　Defendant. | No. 5:18-cv-03938 |

**O R D E R**

**AND NOW**, this 13th day of August, 2019, upon consideration of Plaintiff's complaint, ECF No. 1; Defendant's motion to dismiss for failure to state a claim, ECF No. 7; Plaintiff's response, ECF No. 8, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss for failure to state a claim, ECF No. 7, is **GRANTED in part and DENIED in part**;

2. Plaintiff's claims are **DISMISSED without prejudice**; and

3. Plaintiff is granted leave to file an amended complaint his claims consistent with the accompanying Opinion **on or before September 6, 2019**.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　United States District Judge