UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER A. ORZECH, <br> Plaintiff, <br><br> v. <br><br> MUHLENBERG TOWNSHIP, <br> Defendant. | No. 5:18-cv-03938 |

# O R D E R

**AND NOW**, this 22nd day of November, 2019, upon consideration of Plaintiff's amended complaint, ECF No. 13; Defendant's motion to dismiss for failure to state a claim, ECF No. 15; and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss for failure to state a claim, ECF No. 15, is **GRANTED in part and DENIED in part** as follows:

   a. Defendant's motion to dismiss Plaintiff's ADA and PHRA discrimination and hostile work environment claims is granted and said claims are dismissed, with prejudice.

   b. Defendant's motion to dismiss Plaintiff's ADA and PHRA retaliation claims are denied.

   c. Defendant's motion to dismiss Plaintiff's common law retaliation claim is granted, and said claim is dismissed, with prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge