UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER A. ORZECH, Plaintiff, | : : |
| v. | : No. 5:18-cv-03938 |
| MUHLENBERG TOWNSHIP, Defendant, | : : : |

**O R D E R**

**AND NOW**, this 28th day of October, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment, ECF No. 39, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all counts.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge